IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01520-AP

KEVIN WALSH,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
ROBERT C. DAWES
Dawes and Harriss, P.C.
572 E. Third Avenue
Durango, CO   81301
(970) 247-4411
rcd@dawesandharriss.com

<u>For Defendant</u>:
JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0017
tom.kraus@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**    **Date Complaint Was Filed:** 6/28/10

      **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** 7/12/10

      **C.**    **Date Answer and Administrative Record Were Filed:** 9/10/10

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**A.**    **Plaintiff's Statement:** None anticipated.

**B.**    **Defendant's Statement:**  None anticipated.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7.  OTHER MATTERS**

None.

**8.  BRIEFING SCHEDULE**

      **A.**    **Plaintiff's Opening Brief Due:** 11/9/10

      **B.**    **Defendant's  Response Brief Due:** 12/21/10

      **C.**    **Plaintiff's  Reply Brief (If Any) Due:** 1/7/11

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**    **Plaintiff's Statement:** Oral Argument not requested.

      **B.**    **Defendant's Statement:** Oral Argument not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 4th  day of October, 2010.

                                BY THE COURT:

                                 *s/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Robert C. Dawes                                     UNITED STATES ATTORNEY
ROBERT C. DAWES
Dawes and Harriss, P.C.                                JOHN F. WALSH
572 E. Third Avenue                                    United States Attorney
Durango, CO   81301
(970) 247-4411                                         KEVIN TRASKOS
rcd@dawesandharriss.com                                Deputy Chief, Civil Division
                                                       United States Attorney's Office
                                                       District of Colorado
Attorney for Plaintiff

                                                       s/ Thomas H. Kraus
                                                       THOMAS H. KRAUS
                                                       Special Assistant U.S. Attorney
                                                       1001 17th Street
                                                       Denver, Colorado 80202
                                                       Telephone: (303) 844-0017
                                                       tom.kraus@ssa.gov

                                                       Attorneys for Defendant